UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>LAMBERTO PALOMERA MORA,<br><br>                      Defendant. | CASE NO. 25-47-KKE<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances and possession of controlled substances with intent to distribute. The Court finds Defendant has failed to overcome the presumption that he is a flight risk and a danger to the community. The government proffered Defendant has been engaged in drug trafficking activity since at least 2023. His activity involves large amounts of drugs, large amounts of cash and firearms. The activity involves individuals in distant parts of the country and Defendant was arrested after driving to southern California for two days. When arrested, the car he was driving contained a large amount of drugs. The strength of the government's case is strong given items seized from Defendant. Although Defendant has

DETENTION ORDER - 1

ties to the district, a partner and children, he has great incentives to flee. If convicted he will face deportation and thus has no incentive to stay in the country.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 27th day of March, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2