UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAMBERTO PALOMERA MORA, <br><br> Defendant. | CASE NO. 2:25-cr-00047-LK <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

  This matter comes before the Court on Defendant Lamberto Palomera Mora's Unopposed Motion to Continue Trial and Pretrial Motions Deadline. Dkt. No. 27. Mr. Palomera Mora seeks to continue the trial in this matter to October 27, 2025 and continue the pretrial motions deadline to September 1, 2025. *Id.* at 1.

  Mr. Palomera Mora is charged with one count of Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, and one count of Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Dkt. No. 13 at 1–2. Trial is currently set for June 2, 2025 and the pretrial motions deadline is April 17, 2025. Dkt. No. 18.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

      Defense counsel seeks "significantly more time to prepare for trial than the current trial date allows." Dkt. No. 27 at 2. As he indicates, the indictment was only returned very recently, on March 26, 2025, and the Court entered a discovery protective order a few days later on March 31. Dkt. Nos. 13, 25. According to defense counsel, the Government has indicated that initial discovery materials will encompass approximately 40 gigabytes of data, comprising "law enforcement generated documentation, iCloud account data obtained pursuant to warrant, content retrieved from downloads of one or more mobile devices, line sheets, as well as photographs and/or video files." Dkt. No. 27 at 2–3. Defense counsel seeks additional time to receive and review this discovery (and any future discovery), investigate the case, and prepare for motions practice and trial. *Id.* at 3. Additionally, Mr. Palomera Mora is housed at the Federal Detention Center at Sea-Tac and requires a Spanish interpreter for all communications. *Id.* The Government does not oppose the motion, *id.* at 1, and Mr. Palomera Mora has waived his right to a speedy trial through November 17, 2025, Dkt. No. 26 at 1.

      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Palomera Mora in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to receive and review the discovery, consult with Mr. Palomera Mora, and prepare the matter for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Palomera Mora reasonable time to accomplish the above tasks.

      For these reasons, the Court GRANTS the Unopposed Motion to Continue Trial and Pretrial Motions Deadline, Dkt. No. 27, and ORDERS that the trial date shall be continued to

October 27, 2025 and the pretrial motions deadline continued to September 1, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Palomera Mora's trial must commence under the Speedy Trial Act.

Dated this 4th day of April, 2025.

*Lauren King*

Lauren King
United States District Judge