UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LAMBERTO PALOMERA MORA,<br><br>Defendant. | CASE NO. 2:25-cr-00047-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Lamberto Palomera Mora's Unopposed Motion to Continue Trial and Pretrial Motions Deadline. Dkt. No. 35. Mr. Palomera Mora seeks to continue the trial in this matter to March 16, 2026 and continue the pretrial motions deadline to January 19, 2026. Dkt. No. 35-1 at 2.

Mr. Palomera Mora is charged with one count of Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, and one count of Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Dkt. No. 13 at 1–2. Trial is currently set for October 27, 2025 and the pretrial motions deadline is September 1, 2025. Dkt. No. 28.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

Defense counsel "is in the process of obtaining and reviewing supplemental discovery from the Government, and will need sufficient time to adequately review the materials." Dkt. No. 35 at 1–2. Defense counsel also seeks time to "meet and confer with Mr. Palomera Mora [to] prepare a defense" and "to engage in discussions and negotiations with counsel for the Government." *Id.* at 2. The Government does not oppose the motion, *id.* at 1, and Mr. Palomera Mora has waived his right to a speedy trial through March 31, 2026, Dkt. No. 34.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Palomera Mora in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to receive and review the discovery, consult with Mr. Palomera Mora, and prepare the matter for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Palomera Mora reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the Unopposed Motion to Continue Trial and Pretrial Motions Deadline, Dkt. No. 35, and ORDERS that the trial date shall be continued to March 16, 2026 and the pretrial motions deadline continued to January 20, 2026.[1] It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date

//

//

//

---

[1] January 19, 2026 is a federal holiday.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 2

of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Palomera Mora's trial must commence under the Speedy Trial Act.

Dated this 3rd day of September, 2025.

*Lauren King*

Lauren King
United States District Judge